**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00040-CV

### IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-03-14732-T**

## ORDER

We **GRANT** appellee's March 20, 2015 motion for leave to supplement appellee's brief

and **ORDER** the brief tendered to the Clerk of the Court concurrently with the motion filed as of

the date of this order.


/s/     DOUGLAS S. LANG
PRESIDING JUSTICE